Daniel Kalish, OSB No. 111529
Email: dkalish@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1607 NE 41st Avenue
Portland, OR 97232
Telephone: 206-826-5354
Facsimile: 206-260-3055

*Attorneys for Plaintiff Kathleen Dyer*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **KATHLEEN DYER,** an individual, | Case No. 6:16-cv-02261-AA |
| Plaintiff, | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| v. | |
| **SOUTHWEST OREGON COMMUNITY COLLEGE,** a public entity; and **CODY YEAGER,** in her individual and official capacities, | |

## CONFERRAL CERTIFICATION

I, Daniel Kalish, hereby certify that I conferred with Defendant's counsel, Luke Reese, before submitting this motion. Mr. Reese and I conferred via email on December 12, 2021 regarding the subject matter of the present motion.

*s/ Daniel Kalish*
Daniel Kalish, OSB No. 111529

1  -  JOINT MOTION FOR DISMISSAL

## MOTION

The parties in the above-entitled action have resolved this matter. Accordingly, Plaintiff Kathleen Dyer, by and through her counsel of record, Dan Kalish, and Defendants Southwest Oregon Community College and Cody Yeager, by and through their counsel of record, Luke Reese, hereby move the court for dismissal with prejudice, and without an award of costs and/or attorneys' fees to either party.

**DATED:** December 10, 2021

| HKM EMPLOYMENT ATTORNEYS LLP | GARRETT HEMANN ROBERTSON P.C. |
|---|---|
| By: *s/ Daniel Kalish*<br>Daniel Kalish, OSB No. 111529<br>Email: dkalish@hkm.com<br>1607 NE 41st Avenue<br>Portland, OR 97232<br>Telephone: 206-826-5354<br>Facsimile: 206-260-3055<br><br>*Attorneys for Plaintiff Kathleen Dyer* | By: *s/ Luke Reese*<br>Luke Reese, OSB No. 076129<br>Email: lreese@ghrlawyers.com<br>Willamette Professional Center<br>1011 Commercial Street NE<br>Salem, OR 97301-1049<br>Telephone: 503-581-1501<br>Facsimile: 503-581-5891<br><br>*Attorneys for Defendants Southwest Oregon Community College and Cody Yeager* |

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing **JOINT MOTION FOR DISMISSAL** with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following:

>Luke Reese, OSB No. 076129
>Email: lreese@ghrlawyers.com
>Garrett Hemann Robertson P.C.
>Willamette Professional Center
>1011 Commercial Street NE
>Salem, OR 97301-1049
>Telephone: 503-581-1501
>Facsimile: 503-581-5891

>Attorneys for Defendants

**DATED:** December 12, 2021.

>*s/Daniel Kalish*
>Daniel Kalish